450 A.2d 1054

Commonwealth v. Warren, Appellant.

Submitted May 4, 1982. Thomas G. Klingensmith, Assistant Public Defender,

for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before SPAETH, ROWLEY and CIRILLO, JJ.

Judgment of sentence affirmed.